UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALETA T.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-08156-JFW-SSC <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Commissioner's motion to dismiss is granted, and the action is dismissed without leave to amend, with prejudice as to Plaintiff's claims arising from the agency's October 2016 decision, and

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1  without prejudice as to Plaintiff's claims arising from the agency's
2  November 2021 decision.
3
4  DATED:   November 15, 2024
5
6
7                              HONORABLE JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE
8